UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:25-CR-97-TAV-DCP |
| | ) | |
| CHRISTOPHER MICHAEL ANDERSON, | ) | |
| AMANDA EGGERS, and | ) | |
| BRITTANY ANDERSON, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on the Motion by Defendant Amanda Eggers to Continue Trial and All Relevant Deadlines [Doc. 46], filed on March 18, 2026.

Defendant Eggers asks the Court to continue the April 28, 2026 trial date and all relevant deadlines [*Id.* ¶ 1]. As grounds, Defendant states defense counsel has yet to review all discovery, has not completed his investigation of the case, nor had meaningful discussions with her on potential defenses or a negotiated resolution [*Id.* ¶ 1]. Defendant also has a pending motion to suppress evidence [*Id.* ¶ 2]. Defendant Eggers has discussed her speedy trial rights with counsel and does not oppose a trial continuance [*Id.* ¶ 4]. The motion relates that the Government does not oppose the requested continuance [*Id.* ¶ 3].

Defendant Brittany Anderson filed a Notice of No Objection to the Second Motion to Continue Trial and All Relevant Deadlines (Doc. 46) [Doc. 48 p. 1]. Defendant B. Anderson contends she also needs additional time to seek a negotiated resolution [*Id.*]. Her Notice provides that she understands the time between the filing of the motion and the new trial date is fully excludable [*Id.*]. Counsel for Defendant Christopher Anderson notified Chambers by email that

his client takes no position on the Motion to Continue and has entered a plea agreement [*See* Docs. 44 & 45].

Based upon the information in Defendant Eggers's motion, and because neither the Government nor the codefendants oppose a continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant Eggers has filed a suppression motion, and at the parties' request, the Court reset the evidentiary hearing on this motion to April 15, 2026 [Doc. 49]. *See id*. § 3161(h)(1)(D). Following the hearing, the undersigned will prepare a report and recommendation, the parties will need time to file and respond to objections, and the District Judge will need time to rule. *See id*. § 3161(h)(1)(H). Additionally, defense counsel for Defendant Eggers needs time complete his review of discovery, conclude his investigation, and confer with his client on trial strategy. *See id.* § 3161(h)(7)(B)(iv). The parties also seek additional time to engage in plea negotiations. If plea negotiations ultimately prove unfruitful, counsel will need time to prepare for trial. *See id.* § 3161(h)(7)(B)(iv). The Court finds that all of this cannot occur before the April 28, 2026 trial date.

The Court therefore **GRANTS** the Motion by Defendant Amanda Eggers to Continue Trial and All Relevant Deadlines [**Doc. 46**]. The trial of this case is reset to **September 15, 2026**. A new trial schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendants and the public in a speedy trial, all time between the filing of Defendant Eggers's motion on March 18, 2026, and the new trial date is fully

2

excludable under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), & (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) the Motion by Defendant Amanda Eggers to Continue Trial and All Relevant Deadlines [**Doc. 46**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **September 15, 2026, at 9:00 a.m.**, before the Honorable Thomas A. Varlan, United States District Judge;

(3) all time between the filing of the motion on **March 18, 2026**, and the new trial date of **September 15, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the undersigned will hold an evidentiary hearing on the Motion by Defendant Amanda Eggers to Suppress Evidence from Interview by Federal Agents [Doc. 37] on **April 15, 2026, at 1:30 p.m.**;

(5) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **August 14, 2026**;

(6) the deadline for filing motions *in limine* is **August 31, 2026**, and responses to motions *in limine* are due on or before **September 8, 2026**;

(7) the parties are to appear before the undersigned for a final pretrial conference on **September 1, 2026, at 11:30 a.m.**; and

(8) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **September 4, 2026**.

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3