**IN THE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| v. | ) | **Docket No**. 3:25-CR-97 |
| | ) | Judges VARLAN / POPLIN |
| **CHRISTOPHER ANDERSON**, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S SENTENCING MEMORANDUM**

Christopher Anderson was raised in a home marred the sexual abuse and misconduct visited upon himself and his siblings by his father. His childhood left him scarred and with an aberrant sexual background. As an adult, he desired ways to address his unnatural urges but was unable to find an adequate program of treatment and counseling. It is sad that Mr. Anderson in his adult life became the harm he suffered as a child, and it is hoped that his children will find consolation and help that will allow them to break this cycle. In the meantime, Mr. Anderson will spend what is likely the rest of his days in federal prison.

He regrets his acts in this case and blames nobody but himself. While this crime is reprehensible and no doubt the Government will lay bare the horrific nature of the acts at issue, he accepted responsibility fully and early in the process and the sentence to which he has agreed is likely a life sentence given his age.

This Honorable Court no doubt knows that the Government does not shy away from fully and vigorously pursuing these types of cases. In this case, the sentencing agreement between the parties is one which provides a sentence that is sufficient, but not greater than necessary, to accomplish the goals of sentencing as well as to satisfy the factors of 18 U.S.C. § 3553.

Mr. Anderson respectfully asks that this Honorable Court approve the agreement of the parties relating to sentencing as provided for by Rule 11(c)(1)(C) of the Federal Rules of Criminal

Procedure and further that this Honorable Court accept the parties' stipulation as to the proper amount of restitution.

Respectfully submitted this the 28th day of September, 2026,

Joshua D. Hedrick,
*BPR # 025444*
Whitt, Cooper, Hedrick & Wojcik
607 Market St.
Suite 1100
Knoxville, TN 37902
(865) 524-8106

Attorney for Mr. Anderson